UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANET MELVIN,

    Plaintiff,

v.                                      Case No. 15-cv-888-JPG-PMF

CITY OF WEST FRANKFORT, IL,

    Defendant.

## JUDGMENT

This matter having come before the Court, and the plaintiff having accepted the defendant's offer of judgment on specified terms pursuant to Federal Rule of Civil Procedure 68(a),

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Janet Melvin and against defendant City of West Frankfort, Illinois, in the amount of fifty thousand dollars ($50,000.00) plus reasonable costs and attorney's fees incurred as of May 23, 2016.

**DATED:** August 5, 2016        JUSTINE FLANAGAN, Acting Clerk of Court
                                                *s/Tina Gray, Deputy Clerk*


**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**